Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA N. STEINMAN,<br><br>　　　　Plaintiff,<br>　　vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:22-cv-01398-ADS<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　**IT IS ORDERED** that the Commissioner shall pay the amount of $983.83 (Nine Hundred Eighty-Three Dollars and Eighty-Three Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: July 28, 2022　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE